### 3133.　KEY *v.* THE STATE.

POWELL, J.　1. The evidence fully authorized the verdict.

2. There was no error in the admission of the testimony complained of.

3. The alleged newly discovered evidence was not such as to justify this court in overruling the exercise of discretion by the trial judge in refusing a new trial therefor; especially is this true in the light of the counter-showing.　　　　　　　　　　*Judgment affirmed.*

DECIDED FEBRUARY 15, 1911.

Accusation of sale of liquor; from Coffee superior court—Judge Parker. November 26, 1910.

*O'Steen & Wallace, Chastain & Henson,* for plaintiff in error.

*M. D. Dickerson, solicitor-general, J. H. Thomas,* contra.